**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| AERITAS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | Case No.  6:18-cv-00449-JDK-JDL <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

WHEREAS, Plaintiff, Aeritas, LLC ("Aeritas") and Defendant Walmart Inc. ("Walmart") (together the "Parties") have reached a settlement and hereby jointly stipulate and move to dismiss the claims and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), Aeritas moves to dismiss with prejudice all claims and causes of action asserted in this case against Walmart. The parties shall bear their own attorneys' fees, expenses and costs.

NOW THEREFORE, Plaintiff, Aeritas, LLC, and Defendant Walmart Inc., through their attorneys of record, request this Court dismiss the claims and causes of action between them with prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: February 12, 2019         Respectfully submitted,

                                 */s/ Eric H. Findlay*
                                 Eric H. Findlay

        Texas State Bar No. 00789886
        Findlay Craft, P.C.
        102 N. College Ave, Ste. 900
        Tyler, TX 75702
        903-534-1100 (t)
        903-534-1137 (f)
        efindlay@findlaycraft.com

        *Counsel for Defendant Walmart Inc.*


        */s/ Raymond William Mort, III*
        Raymond William Mort, III
        Texas State Bar No. 00791308
        The Mort Law Firm, PLLC
        106 E. Sixth Street, Suite 900
        Austin, TX 78701
        512-865-7950 (t)
        512-865-7950 (f)
        raymort@austinlaw.com

        *Counsel for Plaintiff Aeritas, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

        */s/ Eric H. Findlay*
        Eric H. Findlay